**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FIEDLER, et al., | Case No. CV 23-985 PA (MRWx) |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | |
| Defendants. | |

In accordance with the Court's November 10, 2023 Minute Order granting the Motion to Dismiss filed by Defendants United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, and United States Attorney for the Central District of California, E. Martin Estrada (collectively, "Defendants"), and dismissing without leave to amend the First Amended Complaint filed by plaintiffs Nancy Fiedler, Matthew Guiney, Olga Faynshteyn, Katie Osborne, Christina Quitasol, Sarma Williams, Christine Alexandra Dignam, Jasmine Lord, Victoria E. Moore, Yuka Ohashi Merritt, Vikram Singh, Nina Huttegger, Yadira Alvarez, Sejay Tan, Eric Baltz, Anthony Beitzinger, Shruti Deopujari, Atlee Fritz, Seema Sharma, Margaret Strom, Richard X. Liu, Susana Solano Roasa, Ariel Takvam, Dominic Micael Selga, Robert Kurtz, Cherie McDonough, Jean Anne Allen, James Adamic, Angelika Adamic, Mark Adamic, Shirley Salika, Daniel Poh-Hock Chua, and Ryan Sims (collectively, "Plaintiffs"),

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by

2  Plaintiffs is dismissed with prejudice.

3    It is further ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing

4  and Defendants shall have their costs of suit.

5  DATED: November 10, 2023

6                                                                    _____
                                                                        Percy Anderson
7                                                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28